IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAMIAN ALAN BLAIR, #256255, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:08cv522-TMH |
| | ) | |
| BOB RILEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #18) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #18) of the Magistrate Judge is ADOPTED. This action pursuant to 42 U.S.C. § 1983 is DISMISSED without prejudice due to Plaintiff's abandonment of his claims and failure to prosecute this action. An appropriate judgment will be entered.

Done this 8th day of January, 2009.

**/s/ Truman M. Hobbs**

UNITED STATES DISTRICT JUDGE